**Carl Lorinzo CAPERS, Plaintiff–Appellant,**

v.

**CLARK, Kitchen Dietician; Harrington, Kitchen Dietician; Bullock, Unit Superintendent; Richard Neely, Supervisor of Administrations; Edith Walrath, Medical Supervisor; Aldridge; Kory Dalrymple; Lawrence Parsons, Defendants–Appellees.**

No. 11–6257.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 20111.

Decided: June 1, 2011.

Carl Lorinzo Capers, Appellant Pro Se.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl Lorinzo Capers appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Capers v. Covington*, No. 3:11–cv–00048–RJC, 2011 WL 577020

(W.D.N.C. Feb. 8, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*